# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 20-09214 |
| | ) | |
| SELINA GAYTAN, | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge BAER |

## NOTICE OF MOTION

*To the following persons or entities who were served via electronic mail by the Bankruptcy Court:*

U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Gina B. Krol, Chapter 7 Trustee: gkrol@cohenandkrol.com

*To the following persons or entities who were served via regular U.S. Mail:*

See attached service list

PLEASE TAKE NOTICE that on July 9, 2021, at 11:00 am, I will appear before the Honorable Judge Baer, or any judge sitting in that judge's place, and present the Motion to Reopen Case to Enter a Discharge, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 160 731 2971 and the password is 587656. The meeting ID can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ David M. Siegel
David M. Siegel, A.R.D.C. #6207611
Attorney for the Debtor(s)

## PROOF OF SERVICE

       The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 p.m. on June 16, 2021.

                                            /s/ David M. Siegel
                                     David M. Siegel, A.R.D.C. #6207611
                                     Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, Il 60090
847/ 520-8100
davidsiegelbk@gmail.com

*To the following persons or entities who were served via regular U.S. Mail:*

Selina Gaytan
1614 Seminole Lane
Carpentersville, IL 60110

AFNI
1310 Martin Luther King Dr.
P.O. box 3517
Bloomington, IL 61702

CEP America IL LLP
P.O. Box 582663
Modesto, CA 95338

Caine & Weiner, Inc.
P.O. Box 55848
Sherman Oaks, CA 91413-0848

Comcast
Bankruptcy Dept.
P.O. Box 1931
Burlingame, CA 94011

Convergent Outsourcing
Bankruptcy Dept.3 Lincoln Center
Oakbrook Terrace, IL 60181

Future Finance
5251 W. 95th St., Ste. 200
Oak Lawn, IL 60453

Future Financial
15859 S. Rideland Ave., #D
Oak Forest, IL 60452

Mathein & Rostoker
662 W. Grand Ave.
Chicago, IL 60654

ReadyRefresh by Nestle
215 6661 Dixie Highway, Ste. 4
Louisville, KY 40258

Santander Consumer
Bankruptcy Dept.
P.O. Box 961245
Ft. Worth, TX 76161

Sprint
c/o American Infosource
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

Wakefield & Assoc.
P.O. Box 50250
Knoxville, TN 37950

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | **20-09214** |
| | ) | |
| **SELINA GAYTAN,** | ) | **Chapter 7** |
| | ) | |
| Debtor(s). | ) | **Judge BAER** |

### MOTION TO RE-OPEN CASE TO ENTER A DISCHARGE

NOW COMES the Debtor, by and through her attorneys, DAVID M. SIEGEL & ASSOCIATES, LLC to present their Motion, and in support thereof state as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. The Debtor filed a petition for relief pursuant to Chapter 7 under Title 11 USC on April 13, 2020. Gina B. Krol was appointed Trustee in this case.

3. The §341 Meeting of Creditors was held on June 1, 2020; and the Trustee filed a "no asset" report.

4. The Debtor completed the Personal Financial Management instruction on November 24, 2020 and provided proof thereof. The document was filed with the court on November 24, 2020, after the case was closed without a discharge on August 3, 2020.

5. The delay was due to an inadvertent oversight by the Debtor. The delay was unintentional, and was not done to cause harm to creditors of the Debtor.

6. The Debtor seeks leave of the court to allow the late filing of the Personal Financial Management instruction certificate; and requests that the court re-open the case and direct the Clerk of the Bankruptcy Court to issue an order of discharge.

WHEREFORE, the Debtor, Selina Gayton, prays that this Honorable Court enter an Order to allow late filing of Personal Financial Management document, to re-open the case, to direct the issue of an order of discharge, and for such other relief that the Court deems just and proper.

                                     Respectfully Submitted,

                                     /s/ David M. Siegel

                                   David M. Siegel, A.R.D.C. #6207611
                                   Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100
davidsiegelbk@gmail.com